# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

D.E.

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D23-2196
_____

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Lisa Campbell,
Judge.

David A. Dee of David Dee Law, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Laura J. Lee,
Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee
Statewide Guardian ad Litem Office.

PER CURIAM.

 Affirmed.

KELLY, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.